IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERO EXPRESS, INC. and  <br>SUPER EGO HOLDING, LLC  <br>  <br>Plaintiffs,  <br>  <br>v.  <br>  <br>TRISURA SPECIALTY INSURANCE COMPANY; WILSON INSURANCE AND INVESTMENT GROUP, THE LITTLETON GROUP, A DAVIES COMPANY; TRANSLIDE LLC D/B/A TRANSLIDE FREIGHT; HERODE FLEURANT,  <br>  <br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.  1:24-708 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.A. §§ 1332, 1441 and 1446, Defendants, Trisura Specialty Insurance Company ("Trisura") and The Littleton Group Western Division, Inc. ("Littleton"), improperly sued as The Littleton Group, file this notice of removal of the above-styled cause to the United States District Court for the Northern District of Illinois, Eastern Division, on the basis of diversity of citizenship. In support of such removal, Trisura and Littleton state:

1. On December 22, 2023, Plaintiffs, Ego Express, Inc. and Super Ego Holdings, LLC (collectively "Plaintiffs") filed a Complaint in the Circuit Court of Eighteenth Judicial Circuit in and for DuPage County, Illinois (the "Complaint") against Trisura, Littleton, Wilson Insurance and Investment Group, Translide LLC d/b/a Translide Freight ("Translide"), and Herode Fleurant ("Fleurant") (collectively, "Defendants"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. In their Complaint, Plaintiffs seek to recover damages stemming from an auto accident that occurred on August 15, 2023 in Wharton County, Texas (the "Incident").

3. Trisura and The Littleton Group have not yet filed an answer or otherwise responded to the Complaint in state court.

4. Pursuant to the docket of Clerk of the Circuit Court of Eighteenth Judicial Circuit in and for DuPage County, Illinois (the "Docket"), Wilson Insurance, Translide and Fleurant have not yet been served. A true and correct copy of the Docket is attached hereto as **Exhibit 2**.

## PARTIES

5. At the time this action was filed and at the time of the filing of this Notice of Removal, Plaintiffs, Ego Express, Inc. and Super Ego Holdings, LLC, were and are citizens of the State of Illinois. *See* **Ex. 1**, ¶¶ 1-2; **Exs. 3-4**, the Illinois Secretary of State's Corporate Profile for Ego Express, Inc. and Super Ego Holdings, LLC.

6. At the time this action was filed and at the time of the filing of this Notice of Removal, Trisura was and is an Oklahoma corporation with its headquarters and principal place of business in Oklahoma. As such, Trisura was and is a citizen of the State of Oklahoma. *See* **Ex. 5**, the Oklahoma Secretary of State's Corporate Profile for Trisura.

7. At the time this action was filed and at the time of the filing of this Notice of Removal, Littleton was and is a Texas corporation with its headquarters and principal place of business in Texas. *See* **Ex. 6**, Texas Secretary of State's Public Information Report for Littleton.

8. At the time this action was filed and at the time of the filing of this Notice of Removal, Justin J. Wilson was an individual doing business as, *inter alia*, Wilson Insurance and Investment Group ("Wilson Insurance"). *See* **Ex. 7**, Corporate Report for Wilson Insurance. At the

time this action was filed and at the time of the filing of this Notice of Removal, Justin J. Wilson was and is a citizen of Texas.[1]

9. At the time this action was filed and at the time of the filing of this Notice of Removal, Translide was and is an Indiana limited liability company comprised of one manager-member, Herode Fleurant. *See* **Ex. 1**, Plaintiffs' Complaint, ¶ 6; **Ex. 8**, Indiana Secretary of State's Corporate Profile for Translide. At the time this action was filed and at the time of the filing of this Notice of Removal, Fleurant was and is a citizen of Indiana. *See* **Ex. 1**, Plaintiffs' Complaint, ¶ 7.[2] As such, Translide was and is a citizen of the State of Indiana.

## JURISDICTION

10. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in this Court pursuant to 28 U.S.C.§ 1332 as there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

11. As discussed above, all Plaintiffs are citizens of the State of Illinois. The Defendants are citizens of Oklahoma, Texas and Indiana. As such, there is complete diversity of citizenship between the parties to this action.

12. Here, pursuant to 28 U.S.C. § 1446(b), Plaintiffs seek to recover damages from Trisura and Littleton for Trisura's denial of Translide's claim for the total loss of a 2021 Freightliner tractor (VIN: 3AKJHHDR8MSMY0195, which Translide valued at $100,000 (**Ex. 1-C**, p. 2), the total loss of the Trailer, which Translide valued at approximately $30,000 (**Ex. 1-C**,

---

[1] Pursuant to Federal Rule of Civil Produce 11, the undersigned counsel certifies that a Westlaw PeopleMap Report was obtained for Justin J. Wilson, which confirmed that at the time this action was filed and at the time of the filing of this Notice of Removal, Justin J. Wilson was and is a citizen of the State of Texas.

[2] Pursuant to Federal Rule of Civil Produce 11, the undersigned counsel certifies that a Westlaw PeopleMap Report was obtained for Fleurant, which confirmed that at the time this action was filed and at the time of the filing of this Notice of Removal, Fleurant was and is a citizen of the State of Indiana.

3

p. 2), and towing and storage fees incurred for the Trailer following the Incident, which Plaintiffs' claim total $25,355 (Ex. 1, ¶¶ 15-16).

13. Plaintiffs also seek to recover damages from Translide and/or Fleurant for its failure to pay the approximately $29,000.00 purchase price of the Trailer (Ex. 1-A) as well as other unspecified damages for Translide and/or Fleurant's breach of contract and fraudulent conduct.

14. Accordingly, the amount in controversy exceeds the statutory threshold of $75,000.00, exclusive of interest and costs.

15. Because there is complete diversity between Plaintiffs and Defendants, and the amount in controversy exceeds the jurisdictional threshold of $75,000.00, exclusive of interest and costs, diversity jurisdiction exists in this action.

16. This case is a suit of a wholly civil nature brought in Illinois state court. Pursuant to 28 U.S.C.A. §1441(a), this civil action may be removed by Trisura and Littleton to this Court. Because Plaintiffs filed this action in the Circuit Court of Eighteenth Judicial Circuit in and for DuPage County, Illinois, the United States District Court for the Northern District of Illinois, Eastern Division is the appropriate venue for removal of Plaintiffs' state court action because it is the "district and division embracing the place where such action is pending." 28 U.S.C.A. §1441(a), 1391(a).

17. Accordingly, this Court has original jurisdiction over Plaintiffs' Complaint, and removal to this Court from the Circuit Court of Eighteenth Judicial Circuit in and for DuPage County, Illinois is proper, pursuant to 28 U.S.C.A. §§ 1332 and 1441, respectively.

18. Littleton and Trisura were served with and received a copy of Plaintiffs' Complaint on December 29, 2023.

19. Pursuant to 28 U.S.C. §1441(b), this Notice of Removal is timely filed within thirty (30) days after receipt of the Complaint.

20. A copy of this Notice of Removal will be served on Plaintiffs and filed with the Clerk of the Circuit Court of Eighteenth Judicial Circuit in and for DuPage County, Illinois as required by 28 U.S.C.A. §1446(d).

21. A copy of the Circuit Court of the Eighteenth Judicial Circuit in and for DuPage County, Illinois' electronic docket sheet and entire file in this case is attached hereto as **Exhibit 2**, pursuant to 28 U.S.C.A. §1446(a).

WHEREFORE, Defendants, Trisura Specialty Insurance Company and The Littleton Group Western Division, Inc., improperly sued as The Littleton Group, respectfully request that this Court assume jurisdiction over this action in accordance with 28 U.S.C.A. §§ 1332, 1441 and 1446.

**DATED:** January 26, 2024

Respectfully submitted,

WALKER WILCOX MATOUSEK, LLP

Michael A. Mintzer

Christopher Shannon (Atty. No. 6323518)
Michael A. Mintzer (Atty. No. 6306688)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
T: (312) 244-6700
cshannon@walkerwilcox.com
mmintzer@walkerwilcox.com

Attorneys for Defendants *Trisura Specialty Insurance and The Littleton Group Western Division, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, a copy of Trisura Specialty Insurance and The Littleton Group Western Division, Inc.'s Notice of Removal was served on Plaintiffs' counsel by email to Luka Madzarac at Luka@Supergoholding.net.

**Dated:**  January 26, 2024                                       /s/Michael A. Mintzer