## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ERO Express, Inc., et al.

                                         Plaintiff,

v.                                                                               Case No.: 1:24–cv–00708
                                                                              Honorable Nancy L. Maldonado

Trisura Specialty Insurance Company, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: Plaintiffs have filed a stipulation to voluntarily dismiss all claims against Defendants Trisura Specialty Insurance Company, Wilson Insurance and Investment Group, and the Littleton Group pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [19]. All claims against Defendants Trisura Specialty Insurance Company, Wilson Insurance and Investment Group, and the Littleton Group are dismissed. Plaintiffs' agreed motion to remand their remaining claims against Defendants Translide LLC and Herode Fleurant to the Circuit Court of the Eighteenth Judicial Circuit, Dupage County, Illinois [20] is granted. Plaintiff's remaining claims against Defendants Translide LLC and Herode Fleurant are remanded to the Circuit Court of the Eighteenth Judicial Circuit, Dupage County, Illinois forthwith. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.